**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Bradley Turbes, on behalf of himself and others similarly situated, | Civil No. 05-760 (RHK/JJG) |
| Plaintiffs, | |
| v. | **ORDER FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE** |
| Aero Systems Engineering, Inc., | |
| Defendant. | |

---

Based upon the Agreement, and all the files and proceedings herein, the Court makes the following **ORDER:**

1. The settlement as approved in the Confidential Settlement and Release Agreement is approved by this Court as fair and adequate compensation to the Plaintiffs;

2. The claims of Plaintiffs Bradley Turbes and John W. Beverly are dismissed with prejudice and without costs to either party; and

3. That each party is responsible for their own attorneys' fees and costs.


Dated: January 11, 2006

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge